3 So.3d 284 (2008)
Reginald GRAY
v.
STATE of Alabama.
CR-06-1649.
Court of Criminal Appeals of Alabama.
April 4, 2008.
Rehearing Denied May 23, 2008.
Certiorari Denied August 8, 2008 Alabama Supreme Court 1071244.
Edward D. Tumlin, Birmingham, for appellant.
Troy King, atty. gen., and Stephanie E. Reiland, asst. atty. gen., for appellee.
SHAW, Judge.
AFFIRMED BY UNPUBLISHED MEMORANDUM.
*285 McMILLAN, WISE, and WELCH, JJ., concur.
BASCHAB, P.J. dissents, with opinion.
BASCHAB, Presiding Judge, dissenting.
Based on my dissent in Patterson v. State, [Ms. CR-06-1793, April 4, 2008] ___ So.3d ___ (Ala.Crim.App.2008), I must respectfully dissent.